JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMNESIA INTERNATIONAL, LLC,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>WEHO NIGHTLIFE GROUP, INC.;<br>SKWS ENTERPRISES, INC.; and<br>DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.: CV 14-8010-DMG (AJWx)<br><br>**STIPULATED JUDGMENT,<br>INCLUDING PERMANENT<br>INJUNCTION [31]** |

STIPULATED JUDGMENT, INCLUDING PERMANENT INJUNCTION
CASE NO.: CV-14-8010

Having considered the Stipulation For Entry Of Judgment, Including a Permanent Injunction by and between Plaintiff Amnesia International, LLC ("Plaintiff"), on the one hand, and Defendants Weho Nightlife Group, Inc. and SKWS Enterprises, Inc. ("Defendants"), on the other hand, and good cause appearing therefor,

IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1. The Stipulation shall be, and hereby is, approved;

2. Defendants, together with their affiliates, parents and subsidiaries, principals, agents, shareholders, members, partners, directors, officers, employees, attorneys and all other persons in active concert or participation with them, are each immediately and permanently enjoined and restrained from doing any of the following:

(a) Any and all use of Amnesia's STORY Mark, Amnesia's STORY Logo Mark, any mark incorporating Amnesia's STORY Mark, and any mark confusingly similar to Amnesia's STORY Mark and/or Amnesia's STORY Logo Mark, including but not limited to, "STORY SUNDAYS" and "STORY SUNDAY."

(b) Any and all use of Amnesia's STORY Mark, Amnesia's STORY Logo Mark, any mark incorporating Amnesia's STORY Mark, and/or any mark confusingly similar to Amnesia's STORY Mark and/or Amnesia's STORY Logo Mark, including but not limited to, "STORY SUNDAYS" and "STORY SUNDAY," at any time in the future, or instruct, cause, assist, or encourage others to do so.

(c) Any and all use of any and all social media accounts with user names containing Amnesia's STORY Mark, including but not limited to, the Facebook user name "storysundays," the Twitter user name "storysundays" and the Pinterest user name "story-Sundays."

(d) Contesting, challenging the use of, opposing the registration or re-registration of, or seeking cancellation, and assisting or cooperating in any way with any contest to, challenge to the use of, opposition to the registration or re-registration

of, or any attempt to cancel, Amnesia's STORY Mark or Amnesia's STORY Logo Mark, or any existing or future registrations or applications owned by Amnesia or its affiliates for any mark consisting of or containing STORY, or assist or encourage others in doing so, at any time in the future.

3. Defendants, together with their affiliates, parents and subsidiaries, principals, agents, shareholders, members, partners, directors, officers, employees, attorneys and all other persons in active concert or participation with them, shall, and are hereby ordered to, immediately do all of the following:

(a) Recognize Amnesia's ownership of and exclusive rights in Amnesia's STORY Mark and Amnesia's STORY Logo Mark.

(b) Destroy any and all materials in their possession or under their control that bears Amnesia's STORY Mark, Amnesia's STORY Logo Mark, any mark incorporating Amnesia's STORY Mark, or any mark confusingly similar to Amnesia's STORY Mark and/or Amnesia's STORY Logo Mark, including but not limited to "STORY SUNDAYS" and "STORY SUNDAY."

(c) Remove any and all uses of Amnesia's STORY Mark, Amnesia's STORY Logo Mark, any mark incorporating Amnesia's STORY Mark, and/or any mark confusingly similar to Amnesia's STORY Mark and/or Amnesia's STORY Logo Mark, including but not limited to, "STORY SUNDAYS" and "STORY SUNDAY" from any web pages and/or social media pages under the operation or control of Weho, SKWS, or any of their officers, directors, shareholders and employees.

(d) Remove and terminate any and all uses of any and all social media accounts with user names containing Amnesia's STORY Mark, including but not limited to the Facebook user name "storysundays," the Twitter user name "storysundays," and the Pinterest user name "story-sundays."

4. The terms of the foregoing injunction and orders shall immediately be in effect and enforceable worldwide.

1        5.      This Court shall, and hereby does, retain jurisdiction to the maximum

2  extent permitted by law to enforce the terms of this Judgment.

3        6.      The order to show cause [Doc. # 30] is DISCHARGED.

4

5      IT IS SO ORDERED.

6

7  DATED:  March 13, 2015              _____

8                                           DOLLY M. GEE
                                         UNITED STATES DISTRICT JUDGE